UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) C.A. No. 05-10761-NG |
| v. | ) |
| | ) |
| SUFFOLK SUPERIOR COURT, | ) |
| | ) |
| Respondent. | ) |

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is the application of petitioner Richard Max Strahan to proceed without prepayment of the $5.00 fee assessed for filing a petition under 28 U.S.C. § 2254. According to the information included in this application, Strahan earns $150.00 per week and has $100.00 in cash, or in a savings or checking account. Based on this information, the Court finds that Strahan lacks funds to pay for the necessities of life. Therefore, although the $5.00 fee to file a petition for relief under 28 U.S.C. § 2254 is meager in comparison to the $250.00 fee assessed for commencing non-habeas civil actions, the Court grants Strahan's application to proceed in forma pauperis.

SO ORDERED.

 4/21/05                                    /s/ Nancy Gertner
DATE                                        UNITED STATES DISTRICT JUDGE