```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN,              )
                                  )
     Petitioner,                  )
                                  )
          v.                      )
                                  )    C.A. No. 05-10761-NG
                                  )
                                  )
SUFFOLK SUPERIOR COURT,           )
                                  )
     Respondent.                  )
```

## ORDER FOR DISMISSAL

GERTNER, D.J.

In accordance with the Memorandum and Order dated August 26, 2005 directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court,

/s/ Maryellen Molloy
Deputy Clerk

Dated: August 26, 2005